___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

AUG 1 6 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:17-cr-253-LRH-CWH |
| vs. | **ORDER** |
| THOMAS DIREAUX, | **Re: Physical Restraints** |
| Defendant. | |

Prior to Defendant's Arraignment and Plea Hearing on August 16, 2017, the undersigned made an individualized determination that there are compelling reasons for the safety of others and to prevent escape that Defendant should be placed in leg restraints during the hearing. This decision is based on Defendant's prior criminal history which includes a conviction for sexual assault, battery, failure to register as a sex offender and obstructing a public officer. An indictment was filed on August 9, 2017 charging the defendant with a felon in possession of a firearm.

**IT IS SO ORDERED.**

DATED this 16th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge