FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 5 2020

BY:

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS DIREAUX,

Defendant.

Case No. 2:17-cr-00253-LRH-DJA

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I understand that I have a right to appear in person in court at the hearing regarding revocation of supervised release proceeding in this case scheduled for May 5, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_____   4-30-20

Defendant's Signature          (date)

_____   5/4/2020

Signature of Defendant's Attorney   (date)

Paul D. Riddle

Printed Name of Defendant's Attorney

_____   5/5/2020

Judge's Signature          (date)

Larry R. Hicks, U.S. District Judge

Judge's Printed Name and Title